UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CUI LU,<br><br>         Plaintiff,<br><br>            v.<br><br>L. FRANCIS CISSNA, et al.,<br><br>         Defendants. | No. CV 19-04589 R (MAAx)<br><br>**DISMISSAL ORDER** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

Dated: September 12, 2019

_____
United States District Judge